Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
    tyoo@birdmarella.com
Gabriela C. Rivera - State Bar No. 283633
    grivera@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
T/F: (310) 201-2100 / (310) 201-2110

Attorneys for Defendant Forever 21, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIANHAI LACE USA INC., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FOREVER 21, INC., a Delaware corporation and DOES 1-10, <br><br> Defendants. | CASE NO. 2:17-cv-07512-AB (PJWx) <br><br> **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT** <br><br> **[DEMAND FOR JURY TRIAL]** <br><br> Assigned to Hon. André Birotte Jr. |

3469435.1

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT

Defendant Forever 21, Inc. ("Defendant"), through undersigned counsel, hereby responds to the allegations in Plaintiff's Second Amended Complaint ("Complaint") and assert affirmative defenses, as follows:

## ANSWER TO COMPLAINT

1. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 1 of the Complaint, and on that basis denies the same.

2. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 2 of the Complaint, and on that basis denies the same.

3. Defendant denies that it is a limited liability company and admits that it is a Delaware corporation doing business in and with the state of California, with its agent for service of process in California located at 818 West Seventh St., Ste. 930., Los Angeles, CA 90017.

4. Defendant admits that it is a Delaware corporation doing business in and with the state of California, with its agent for service of process in California located at 818 West Seventh St., Ste. 930., Los Angeles, CA 90017.

5. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 5 of the Complaint, and on that basis denies the same.

6. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 6 of the Complaint, and on that basis denies the same.

7. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 7 of the Complaint, and on that basis denies the same.

8. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 8 of the Complaint, and on that

basis denies the same.

9. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 9 of the Complaint, and on that basis denies the same.

10. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 10 of the Complaint, and on that basis denies the same.

11. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 11 of the Complaint, and on that basis denies the same.

12. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 12 of the Complaint, and on that basis denies the same.

13. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 12 of the Complaint, and on that basis denies the same.

14. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 14 of the Complaint, and on that basis denies the same.

15. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 15 of the Complaint, and on that basis denies the same.

16. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 16 of the Complaint, and on that basis denies the same.

17. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 17 of the Complaint, and on that basis denies the same.

18. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 18 of the Complaint, and on that basis denies the same.

19. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 19 of the Complaint, and on that basis denies the same.

20. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 20 of the Complaint, and on that basis denies the same.

21. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 21 of the Complaint, and on that basis denies the same.

22. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 22 of the Complaint, and on that basis denies the same.

23. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 23 of the Complaint, and on that basis denies the same.

24. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 24 of the Complaint, and on that basis denies the same.

25. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 25 of the Complaint, and on that basis denies the same.

26. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 26 of the Complaint, and on that basis denies the same.

27. Defendant denies having any knowledge or information sufficient to

form a belief as to the truth of the allegations in ¶ 27 of the Complaint, and on that basis denies the same.

28.     Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 28 of the Complaint, and on that basis denies the same.

29.     Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 29 of the Complaint, and on that basis denies the same.

30.     Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 30 of the Complaint, and on that basis denies the same.

31.     Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 31 of the Complaint, and on that basis denies the same.

32.     Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 32 of the Complaint, and on that basis denies the same.

33.     Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 33 of the Complaint, and on that basis denies the same.

34.     Defendant denies the allegations contained in ¶ 34 of the Complaint, and admits only that at various times Forever 21 Retail, Inc. owned and controlled certain offline and/or online retail stores.

35.     Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 35 of the Complaint, and on that basis denies the same.

36.     Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 36 of the Complaint, and on that

1 | basis denies the same.

2 |   37. Defendant denies having any knowledge or information sufficient to
3 | form a belief as to the truth of the allegations in ¶ 37 of the Complaint, and on that
4 | basis denies the same.

5 |   38. Defendant denies having any knowledge or information sufficient to
6 | form a belief as to the truth of the allegations in ¶ 38 of the Complaint, and on that
7 | basis denies the same.

8 |   39. Defendant denies having any knowledge or information sufficient to
9 | form a belief as to the truth of the allegations in ¶ 39 of the Complaint, and on that
10 | basis denies the same.

11 |   40. Defendant denies having any knowledge or information sufficient to
12 | form a belief as to the truth of the allegations in ¶ 40 of the Complaint, and on that
13 | basis denies the same.

14 |   41. Defendant denies having any knowledge or information sufficient to
15 | form a belief as to the truth of the allegations in ¶ 41 of the Complaint, and on that
16 | basis denies the same.

17 |   42. Defendant denies having any knowledge or information sufficient to
18 | form a belief as to the truth of the allegations in ¶ 42 of the Complaint, and on that
19 | basis denies the same.

20 |   43. Defendant denies having any knowledge or information sufficient to
21 | form a belief as to the truth of the allegations in ¶ 43 of the Complaint, and on that
22 | basis denies the same.

23 |   44. Defendant denies having any knowledge or information sufficient to
24 | form a belief as to the truth of the allegations in ¶ 44 of the Complaint, and on that
25 | basis denies the same.

26 |   45. Defendant denies having any knowledge or information sufficient to
27 | form a belief as to the truth of the allegations in ¶ 45 of the Complaint, and on that
28 | basis denies the same.

46. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 46 of the Complaint, and on that basis denies the same.

47. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 47 of the Complaint, and on that basis denies the same.

48. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 48 of the Complaint, and on that basis denies the same.

49. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 49 of the Complaint, and on that basis denies the same.

50. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 50 of the Complaint, and on that basis denies the same.

51. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 51 of the Complaint, and on that basis denies the same.

52. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 52 of the Complaint, and on that basis denies the same.

53. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 53 of the Complaint, and on that basis denies the same.

54. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 54 of the Complaint, and on that basis denies the same.

55. Defendant admits that it is a retailer of apparel including clothing,

accessories, and shoes throughout the United States and denies the remaining allegations contained in ¶ 55 of the Complaint.

56. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 56 of the Complaint, and on that basis denies the same.

57. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 57 of the Complaint, and on that basis denies the same.

58. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 58 of the Complaint, and on that basis denies the same.

59. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 59 of the Complaint, and on that basis denies the same.

60. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 60 of the Complaint, and on that basis denies the same.

61. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 61 of the Complaint, and on that basis denies the same.

62. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 62 of the Complaint, and on that basis denies the same.

63. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 63 of the Complaint, and on that basis denies the same.

64. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 64 of the Complaint, and on that

basis denies the same.

65. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 65 of the Complaint, and on that basis denies the same.

66. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 66 of the Complaint, and on that basis denies the same.

67. Defendant denies the allegations in ¶ 67 of the Complaint.

68. Defendant denies the allegations in ¶ 68 of the Complaint.

69. Defendant denies the various allegations in ¶ 69 of the Complaint and admits only that ¶ 69 includes an image of what appears to be a Forever 21 garment.

70. Defendant denies the allegations in ¶ 70 of the Complaint.

71. Defendant denies the various allegations in ¶ 71 of the Complaint and admits only that ¶ 71 includes an image of what appears to be a Forever 21 garment.

72. Defendant denies the allegations in ¶ 72 of the Complaint.

73. Defendant denies the various allegations in ¶ 73 of the Complaint and admits only that ¶ 73 includes an image of what appears to be a Forever 21 garment.

74. Defendant denies the allegations in ¶ 74 of the Complaint.

75. Defendant denies the various allegations in ¶ 75 of the Complaint and admits only that ¶ 75 includes an image of what appears to be a Forever 21 garment.

76. Defendant denies the allegations in ¶ 76 of the Complaint.

77. Defendant denies the various allegations in ¶ 77 of the Complaint and admits only that ¶ 77 includes an image of what appears to be a Forever 21 garment.

78. Defendant denies the allegations in ¶ 78 of the Complaint.

79. Defendant denies the various allegations in ¶ 79 of the Complaint and admits only that ¶ 79 includes an image of what appears to be a Forever 21 garment.

80. Defendant denies the allegations in ¶ 80 of the Complaint.

81. Defendant denies the various allegations in ¶ 81 of the Complaint and

admits only that ¶ 81 includes an image of what appears to be a Forever 21 garment.

82. Defendant admits only that Exhibits M, N, O, P, Q, R, and S appear to be referred to collectively as the "Infringing Products."

83. Defendant denies the allegations in ¶ 83 of the Complaint.

84. Defendant denies the allegations in ¶ 84 of the Complaint.

85. Defendant denies the allegations in ¶ 85 of the Complaint.

86. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 86 of the Complaint, and on that basis denies the same.

87. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 87 of the Complaint, and on that basis denies the same.

88. Defendant denies the allegations in ¶ 88 of the Complaint.

89. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 89 of the Complaint, and on that basis denies the same.

90. Defendant denies the allegations in ¶ 90 of the Complaint.

91. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 91 of the Complaint, and on that basis denies the same.

92. Defendant denies the allegations in ¶ 92 of the Complaint.

93. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 93 of the Complaint, and on that basis denies the same.

94. Defendant denies the allegations in ¶ 94 of the Complaint.

95. Defendant denies the allegations in ¶ 95 of the Complaint.

96. Defendant denies the allegations in ¶ 96 of the Complaint.

97. Defendant denies having any knowledge or information sufficient to

form a belief as to the truth of the allegations in ¶ 97 of the Complaint, and on that basis denies the same.

98. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 98 of the Complaint, and on that basis denies the same.

99. Defendant incorporates by reference the paragraphs above.

100. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 100 of the Complaint, and on that basis denies the same.

101. Defendant denies having any knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 101 of the Complaint, and on that basis denies the same.

102. Defendant denies the allegations in ¶ 102 of the Complaint.

103. Defendant denies the allegations in ¶ 103 of the Complaint.

104. Defendant denies the allegations in ¶ 104 of the Complaint.

105. Defendant denies the allegations in ¶ 105 of the Complaint.

106. Defendant denies the allegations in ¶ 106 of the Complaint.

107. Defendant denies the allegations in ¶ 107 of the Complaint.

108. Defendant denies the allegations in ¶ 108 of the Complaint.

109. Defendant denies the allegations in ¶ 109 of the Complaint.

110. Defendant incorporates by reference the paragraphs above.

111. Defendant denies the allegations in ¶ 111 of the Complaint.

112. Defendant denies the allegations in ¶ 112 of the Complaint.

113. Defendant denies the allegations in ¶ 113 of the Complaint.

114. Defendant denies the allegations in ¶ 114 of the Complaint.

115. Defendant denies the allegations in ¶ 115 of the Complaint.

**AS TO ALLEGATIONS IN PRAYER FOR RELIEF**

116. Defendant denies the allegations contained in ¶ A (and each of its

subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any relief sought therein.

117. Defendant denies the allegations contained in ¶ B (and each of its subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any relief sought therein.

118. Defendant denies the allegations contained in ¶ C (and each of its subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any relief sought therein.

119. Defendant denies the allegations contained in ¶ D (and each of its subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any relief sought therein.

120. Defendant denies the allegations contained in ¶ E (and each of its subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any relief sought therein.

121. Defendant denies the allegations contained in ¶ F (and each of its subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any relief sought therein.

122. Defendant denies the allegations contained in ¶ G (and each of its subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any relief sought therein.

123. Defendant denies the allegations contained in ¶ H (and each of its subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any relief sought therein.

124. Defendant denies the allegations contained in ¶ I (and each of its subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any relief sought therein.

125. Defendant denies the allegations contained in ¶ J (and each of its subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any

relief sought therein.

126. Defendant denies the allegations contained in ¶ K (and each of its subparts) of the Prayer for Relief, and contend that plaintiff is not entitled to any relief sought therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to the Complaint, Defendant without conceding that it bears the burden of proof as to any of them, and without in any way admitting any of the allegations in the Complaint, alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

127. The Complaint and its purported causes of action fail to state a cause of action on which relief can be granted, and fail to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE
**(Unclean Hands / Failure to Do Equity)**

128. The Plaintiff is barred in equity and law from claiming or recovering any relief set forth in the Complaint and its purported causes of action due to its conduct and the conduct of its agents, attorneys and representatives.

### THIRD AFFIRMATIVE DEFENSE
**(Statute of Limitations)**

129. The Complaint and its purported causes of action are barred in whole or in part by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE
**(Estoppel)**

130. The Plaintiff is estopped from asserting any claim for relief against Defendant with respect to the matters which are the subject of the Complaint and its purported causes of action.

### FIFTH AFFIRMATIVE DEFENSE

**(Laches)**

131. The Complaint and its purported causes of action are barred in whole or in part by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE
**(Misuse of Copyright)**

132. The Complaint and its purported causes of action are barred in whole or in part because of the doctrine of copyright misuse.

### SEVENTH AFFIRMATIVE DEFENSE
**(License/Authorized Use)**

133. The Complaint and its purported causes of action are barred, in whole or in part, because Defendant was authorized to use the designs at issue.

### EIGHTH AFFIRMATIVE DEFENSE
**(No Damages)**

134. The Complaint and its purported causes of action are barred, in whole or in part, by the Plaintiff's failure to establish any loss, injury or damages.

### NINTH AFFIRMATIVE DEFENSE
**(Innocent Intent)**

135. The Complaint and its purported causes of action are barred, in whole or in part, because Defendant's conduct was in good faith and with non-willful intent, at all times.

### TENTH AFFIRMATIVE DEFENSE
**(Unconstitutionally Excessive Damages)**

136. Plaintiff's claims are barred because statutory damages sought are unconstitutionally excessive and disproportionate to any actual damages that may have been sustained in violation of the Due Process clause.

### ELEVENTH AFFIRMATIVE DEFENSE
**(Waiver/Release)**

137. Plaintiff's claims are barred because it has waived and/or released

them.

## TWELFTH AFFIRMATIVE DEFENSE

### (Bad Faith)

138. The Complaint and its purported causes of action are barred, in whole or in part, because they were filed and are maintained in bad faith.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Attorneys' Fees and Costs Unavailable)

139. The Complaint and its purported causes of action fail to allege facts sufficient to support a claim for attorneys' fees and costs.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Factual Basis for Enhanced Damages)

140. The Complaint and its purported causes of action fail to allege facts sufficient to support a claim for enhanced damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Statute of Frauds)

141. The Complaint and its purported causes of action are barred under the statute of frauds.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Independent Creation)

142. Defendant alleges it is not liable in whole or part based on independent creation by another rather than copying any of Plaintiff's alleged works.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Public Domain)

143. Defendant alleges that Plaintiff's claims are barred, in whole or in part, to the extent that "artwork" or designs in which Plaintiff claims a copyright interest is actually in the public domain.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Additional Defenses)

3469435.1

15

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT

144. Defendant reserves the right to supplement or amend this Answer, including through the addition of further affirmative defenses, based upon the course of discovery and proceedings in this action.

## **PRAYER**

WHEREFORE, Defendant prays as follows:

a. That the Plaintiff takes nothing by way of its Complaint;

b. That judgment be entered in favor of Defendant, and against the Plaintiff, as to the Plaintiff's Complaint and its purported causes of action;

c. That Defendant be awarded its attorneys' fees; and

d. That the Court grant Defendant whatever other relief it deems appropriate.

## **DEMAND FOR JURY TRIAL**

In accordance with Fed. R. Civ. P. 38(b), Forever 21 demands a trial by jury on all issues so triable.

DATED: February 16, 2018

Ekwan E. Rhow
Timothy B. Yoo
Gabriela C. Rivera
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____
Gabriela C. Rivera
Attorneys for Defendant Forever 21, Inc.

3469435.1

16

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT