**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIANHAI LACE USA INC., <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., a Delaware Corporation; TOPSON DOWNS OF CALIFORNIA, INC., a California Corporation; FARRAH 17, INC., a California Corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 2:17−cv−07512−AB (PJWx) <br><br> [PROPOSED] ORDER GRANTING REQUEST TO A 60-DAY STAY OR CONTINUANCE OF PROCEEDINGS |

[PROPOSED] ORDER

ON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

The Schedule of Pretrial & Trial Dates entered in this action under Docket. No. 81, is hereby modified as follows:

| Matter | Current Date | ~~Proposed~~ New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | September 28, 2018 | November 30, 2018 |
| Expert Disclosures (Initial) | October 26, 2018 | December 21, 2018 |
| Expert Disclosures (Rebuttal) | November 16, 2018 | January 11, 2019 |
| Expert Discovery Cut-Off | November 30, 2018 | February 1, 2019 |
| Deadline to Complete Settlement Conference | November 30, 2018 | February 1, 2019 |
| Rule 56 Motion Deadline | January 11, 2019 | March 12, 2019 |
| Opposition to Rule 56 Motion | February 1, 2019 | April 2, 2019 |
| Reply in Support of Rule 56 Motion | February 15, 2019 | April 16, 2019 |
| Last Date to Hear Motions | March 1, 2019 | May 3, 2019 |
| Trial Filings (First Round) | April 5, 2019 | June 4, 2019 |
| Trial Filings (Second Round) | April 12, 2019 | June 11, 2019 |
| Final Pretrial Conference | May 3, 2019, at 11:00 a.m. | July 12, 2019, at 11:00 a.m. |
| Trial | May 21, 2019, at 8:30 a.m. | July 30, 2019, at 8:30 a.m. |

<u>SO ORDERED.</u>

DATED: <u>August 21, 2018</u>     By: _____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge